### Fill in this information to identify the case

Debtor name  **Copper Ridge Resources, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number  **20-42766-7**
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | American Momentum Bank f/k/a Security Bank - Checking account | Checking account | 7 2 8 1 | $219,735.00 |
| 3.2. | American Momentum Bank f/k/a Security Bank - Checking account | Checking account | 0 1 6 1 | $173.91 |
| 3.3. | First Capital Checking account | Checking account | 4 2 5 2 | $85.93 |
| 3.4. | American Momentum Bank f/k/a Security Bank -Checking account | Checking account | 2 5 9 3 | $263.00 |

4.  **Other cash equivalents**  *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$220,257.84

Debtor    **Copper Ridge Resources, LLC**       Case number (if known)   **20-42766-7**
Name

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.     **$0.00**

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

Current value of
debtor's interest

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | debtor's interest |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$0.00** | − | **$0.00** | = ············· → | | **$0.00** |
| 11b. Over 90 days old: | **$1,395,831.00** | − | **$1,329,237.00** | = ············· → | | **$66,594.00** |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.     **$66,594.00**

## Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

Valuation method    Current value of
used for current value    debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:      % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.     **$0.00**

Debtor    **Copper Ridge Resources, LLC**        Case number (if known)   **20-42766-7**
Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM/DD/YYYY | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.       **$0.00**

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.       **$0.00**

34. **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

Debtor   **Copper Ridge Resources, LLC**                                    Case number (if known)   **20-42766-7**
_____                              _____
Name

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $0.00 |
|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $0.00 |
|---|

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
|---|---|---|---|
| | Name | | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 9:  Real property**

---

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

**$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 10:  Intangibles and Intellectual Property**

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| copperridgeresources.com | $851.00 | GoDaddy Estimate | $100.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

**$100.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

| Debtor | Copper Ridge Resources, LLC | | Case number (if known) | 20-42766-7 |
|---|---|---|---|---|
| | Name | | | |

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Aztec Well Servicing Co., vs. Copper Ridge Resources, LLC, Harrison Lease Acquisiton & Development Corp., Carr Energy, LLC, Graphite Resources and Johnny Martinez; Case No. 19-11-18252                                    **Unknown**

| Nature of claim | counterclaim |
|---|---|
| Amount requested | $1,130,000.00 |

Bullseye Drilling Services, LLC vs Copper Ridge Resources, LLC and Crosstex Services, LLC; Case No. 21,567                                    **Unknown**

| Nature of claim | counterclaim |
|---|---|
| Amount requested | $1,000,000.00 |

Mesa Well Service vs. Copper Ridge Resources, Graphite Resources, LLC, Harrison Lease Acquistion & Development Corp. and Carr Energy, LLC; Case No. CV55963                                    **Unknown**

| Nature of claim | counterclaim |
|---|---|
| Amount requested | $720,000.00 |

MS Directional, LLC vs. Copper Ridge Resources, LLC; Case No. CV55664                                    **Unknown**

| Nature of claim | counterclaim |
|---|---|
| Amount requested | $720,000.00 |

OMI, LP d/b/a Oilfield Materials Mangement Co.. vs Copper Ridge Resources, LLC; Case No. 21,717                                    **Unknown**

| Nature of claim | counter claim |
|---|---|
| Amount requested | |

Debtor   **Copper Ridge Resources, LLC**                       Case number (if known)  **20-42766-7**
Name

**RFC Drilling LLC vs. Copper Ridge Resources, LLC and Mark Burkett; Case No. 7468**
**Copper Ridge fired RFC due to insubordination by RFC hands, drinking on job, pumping oil onto**
**the ground, having children on location, OSHA violations, wrecklessness, sleeping on job,**
**damaging pipe, etc.**                                        **Unknown**

Nature of claim      **counter claim**

Amount requested    **$968,000.00**

**Wellbore Fishing & Rental, vs. Copper Ridge Resources, LLC; Case No. CC21756**

**All windows had to be redrilled due to size and**
**placement. Prices were not agreed to. Invoiced and filed a lien for Butler A well which they**
**never worked on**                                           **Unknown**

Nature of claim      **counter claim**

Amount requested    **$1,000,000.00**

**Aztec Well Servicing Co. vs. Copper Ridge Resources, LLC and Cobalt Operating; Case No. D-**
**1116-CV-201901577;**
**Copper Ridge had disputes regarding certain charges with Aztec's services, including**
**unneccesary down time and damage to the drill string. Aztec tortiously interfered with Copper**
**Ridge's business with an intense dafamation campaign causing grave harm to Copper**
**Ridge.**                                               **Unknown**

Nature of claim      **counter claim**

Amount requested    **$1,130,000.00**

**Wildcat Oil Tools, LLC vs Copper Ridge Resources, LLC; Case No. 21,452**
**Had 2 whipstock failures, 3rd whipstock set 400' too high, had to redrill 400' of hole. Agreed to**
**adjustments twice, but then reneged on both agreements.**             **Unknown**

Nature of claim      **counter claim**

Amount requested    **$1,110,000.00**

75.  **Other contingent and unliquidated claims or causes of action of every nature,**
     **including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.                         **$0.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor **Copper Ridge Resources, LLC**          Case number (if known) **20-42766-7**

Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $220,257.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $66,594.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................... ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $286,951.84 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ......................................................................................... $286,951.84

| **Fill in this information to identify the case:** |
| --- |

Debtor name      **Copper Ridge Resources, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number      **20-42766-7**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| Creditor's name **American Momentum Bank** | Describe debtor's property that is subject to a lien | $693,761.47 | $0.00 |
| --- | --- | --- | --- |

Creditor's mailing address
**f/k/a Security Bank**

**600 N. Marienfeld, Ste 200**

**Midland            TX    79701**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number                **7  5  5  7**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**properties owned by Halite Properties, LLC**

Describe the lien
**Corporate debt- personal guarantor / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**certain oil & gas and/or oil, gas and mineral leases, lands, interests and other properties situated in Andrews and Gaines Counties, Texas (Maria 1&2), Andrews & Martin Counties, Texas (University B), Callahan County, Texas (Meister, Cochran County, Texas (Edwards), Lea County New Mexico (Hale State 1 Strawn-1Y Warren 002-2, Midawy 5-1) Consolidated State 003 Saltwater Disposel Well,**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $693,761.47

**Fill in this information to identify the case:**

Debtor **Copper Ridge Resources, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-42766-7**
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,634.91 | $10,634.91 |

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**1100 Commerce Street**

**Stop MC5026DAL**

**Dallas**      **TX**    **75242**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**941 tax liability -2019**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
| --- | --- | --- | --- |

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**2505 Partners, LLC**

**2505 Ella Lee Lane**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Houston** | **TX** | **77019-6312** |
| --- | --- | --- |

**Basis for the claim:**
**Co-Defendant in pending lawsuit**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**Triple S Trucking vs. Copper Ridge Resources, LLC, Yesco HVL, LLC, Halite Properties, LLC, 2505 Partners, LLC, Bruno Asseray dba Bichon Tourisme; Case No. 19-11-18253**

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,645.00** |
| --- | --- | --- | --- |

**4G Well Service**

**4926 North Breanna Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Hobbs** | **NM** | **88242** |
| --- | --- | --- |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**4G Well Service vs. Copper Ridge Resources, LLC; Case No. D-506-CV-2019-0132**

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| --- | --- | --- | --- |

**A&RJ Oilfield Services**

**PO Box 698**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Denver City** | **TX** | **79323** |
| --- | --- | --- |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Copper Ridge Resources, LLC**     Case number (if known) **20-42766-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.4**   Nonpriority creditor's name and mailing address

**A4 Oilfied Services**

**1122 E. Dormard Ave.**

Midland     TX     79705

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,457.30**

---

**3.5**   Nonpriority creditor's name and mailing address

**ABC Rental Tool Co., Inc.**

**1604 E. Greene St.**

Carlsbad     NM     88220

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,293.99**

---

**3.6**   Nonpriority creditor's name and mailing address

**Acidizing Technology Services LLC**

**PO Box 62708**

Midland     TX     79711

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,098.00**

**Acidizing Technology Services LLC vs. Copper Ridge Resources, LLC; Case No. CC21997**

---

**3.7**   Nonpriority creditor's name and mailing address

**Acquire Oilfield Solutions,**

**PO Box 805**

Andrews     TX     79714

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$50,583.00**

**Acquire Oilfield Solutions vs. Copper Ridge Resources, LLC; Case No. 21,846.**

---

Debtor **Copper Ridge Resources, LLC**  Case number (if known) **20-42766-7**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
Check all that apply. | **$92,500.00** |

**Allison Heavy Haul**

**309 E. Interstate 20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Big Spring**       **TX**   **79720**     **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
Check all that apply. | **Unknown** |

**Amber James, Esq.**

**2700 Willing Ave,**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Fort Worth**       **TX**   **76110**     **Attorneys fees**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

**Acquire Oilfield Solutions vs. Copper Ridge Resources, LLC; Case No. 21,846.**
**B&R Tools & Services, Inc. vs Copper Ridge Resources, LLC; Case No. 7509**
**Mustang Well Service, LLC vs. Copper Ridge Resources, LLC and Mark Burkett; Case No. CC21697**

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
Check all that apply. | **$41,347.00** |

**American Momentum Bank**

**4830 W. Kennedy Blvd, Ste 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Tampa**       **FL**   **33609**     **PPP Loan- Covid 19**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  **7  3  0  8**

☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
Check all that apply. | **$4,352.52** |

**American Pump & Supply**

**1705 N. Commerical Av.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Lovington**       **NM**   **88260**     **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,640.00** |

**Atlas Production Service, LLC**

**9460 Delegates Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Orlando** | FL | 32837 |

**Basis for the claim:**

**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  — — — —

☑ No
☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,054,993.96** |

**Aztec Well Servicing Co.**

**PO Box 100**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Aztec** | NM | 87410 |

**Basis for the claim:**

**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  — — — —

☑ No
☐ Yes

**Aztec Well Servicing Co., vs. Copper Ridge Resources, LLC, Harrison Lease Acquisiton & Development Corp., Carr Energy, LLC, Graphite Resources and Johnny Martinez; Case No. 19-11-18252**

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Aztec Well Servicing Co.**

**PO Box 100**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Aztec** | NM | 87410 |

**Basis for the claim:**

**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  — — — —

☑ No
☐ Yes

**Aztex Well Servicing Co., vs Copper Ridge Resources, LLC and Cobalt Operating**

Debtor **Copper Ridge Resources, LLC**     Case number (if known) **20-42766-7**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.15**   Nonpriority creditor's name and mailing address

**B&R Tools & Services, Inc.**

**211 W. 57th St.**

**Odessa**     **TX**    **79764**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**B&R Tools & Services, Inc. vs Copper Ridge Resources, LLC; Case No. 7509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,488.00**

---

**3.16**   Nonpriority creditor's name and mailing address

**B.O.P Ram-Block & Iron Rentals, Inc.**

**169 FM 1252 W**

**Kilgore**     **TX**    **75662**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,590.25**

---

**3.17**   Nonpriority creditor's name and mailing address

**Basin Well Logging**

**118 84th Street W**

**Williston**     **ND**    **58801**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000.00**

---

**3.18**   Nonpriority creditor's name and mailing address

**BC Rentals**

**2071 Viceroy Place**

**Richmond, BC V6V1Y9**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,060.00**

---

Debtor **Copper Ridge Resources, LLC**                    Case number (if known) **20-42766-7**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                                    **Amount of claim**

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| --- | --- | --- | --- |

**Big E Services, LLC**
**PO Box 62047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Midland**          **TX**    **79711**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,286.00** |
| --- | --- | --- | --- |

**Black Gold**
**1601 N. Turner**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Hobbs**          **NM**    **88240**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,293.15** |
| --- | --- | --- | --- |

**Bo Monk Pipe Testing Co., Inc.**
**3509 Industrial Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Hobbs**          **NM**    **88240**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Bradley, Rice Decker Jones PC**
**801 Cherry Street, Ste 2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**          **TX**    **76102-6836**

**Basis for the claim:**
**Attorneys fees**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

**Vaughn Energy Services vs. Copper Ridge Resources, LLC**
**Case No. 141-311941-19**

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,782.14** |
|---|---|---|---|

**Brannco Wireline Services, Inc.**

**4700 S. County Road 1310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Odessa**          **TX**     **79765**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$165,000.00** |
|---|---|---|---|

**Brockman Consulting, LLC**

**2400 Ridge Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Little Elm**          **TX**     **75068**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bruno Asseray**

**dba SNC Bichon Tourisme**

**51 Alee de la foret**

**17370 Grand Village, France**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Co-Defendent in pending lawsuit**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

**Triple S Trucking vs. Copper Ridge Resources, LLC, Yesco HVL, LLC, Halite Properties, LLC, 2505 Partners, LLC, Bruno Asseray dba Bichon Tourisme; Case No. 19-11-18253**

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bryan D. Mackay, Atkins, Hollmann,**

**3800 E. 42nd Street, Ste 500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Odessa**          **TX**     **79762**

Basis for the claim:
**Attorneys fees**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

**Chocks Inc. vs. Copper Ridge Resources, LLC and Crosstex Services, LLC; Case No. 21,683**

Debtor  **Copper Ridge Resources, LLC**                    Case number (if known)  **20-42766-7**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.27**  Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:**  Check all that apply. |

**Bryant Electric**

**1601 West Ave.,**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00**

**Basis for the claim:**

**Levelland**                    **TX**      **79336**    **Vendor**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number    _ _ _ _    ☑ No
                                              ☐ Yes

---

| | |
|---|---|
| **3.28**  Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:**  Check all that apply. |

**Bullseye Drilling Services, LLC**

**112 S Loraine, Ste #500**

☐ Contingent
☐ Unliquidated
☑ Disputed

**$213,724.00**

**Basis for the claim:**

**Midland**                    **TX**      **79701**    **Vendor**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number    _ _ _ _    ☑ No
                                              ☐ Yes

**Bullseye Drilling Services, LLC vs. Copper Ridge Resources, LLC and Crosstex Services, LLC**

---

| | |
|---|---|
| **3.29**  Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:**  Check all that apply. |

**Bustamante Oil Company**

**101 E. County Road 120 STE 101**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Unknown**

**Basis for the claim:**

**Midland**                    **TX**      **79705**    **Co-Defendent in pending lawsuit**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number    _ _ _ _    ☑ No
                                              ☐ Yes

**Eagle Completions, USA LTD vs. Copper Ridge Resources, Zicron Properties, LLC, W. Energy Partners, LLC, Bustamante Oil Company, Ronal Houghton; Case No. 6893**

---

| | |
|---|---|
| **3.30**  Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:**  Check all that apply. |

**Capitan Corporation**

**PO Box 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,782.84**

**Basis for the claim:**

**Midland**                    **TX**      **79710**    **Vendor**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number    _ _ _ _    ☑ No
                                              ☐ Yes

---

Debtor **Copper Ridge Resources, LLC**          Case number (if known) **20-42766-7**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Carr Energy, LLC**

**PO Box 202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Snyder**                    **TX**     **79550**

Basis for the claim:
**Co-Defendant in pending lawsuits**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

**Artec Well Servicing Co., vs. Copper Ridge Resources, LLC, Harrison Lease Acquisiton & Development Corp., Carr Energy,
LLC, Graphite Resources and Johnny Martinez; Case No. 19-11-18252**

**Mesa Well Service vs. Copper Ridge Resources, Graphite Resources, LLC, Harrison Lease Acquistion & Development Corp.
and Carr Energy, LLC; Case No. CV55963**

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,454.00** |

**Carrasco's Roustabout Services, Inc**

**1776 Co Rd 390,**

**Denver City, , TX 79323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00** |

**Cary White irrigation**

**607 S. 2nd St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lamesa**                    **TX**     **79331**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Debtor **Copper Ridge Resources, LLC**

Case number (if known) **20-42766-7**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251,439.57 |

**Casey Equipment, LTD**

**465 FM 489**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Teague**     **TX**    **75860**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Casey G Raines, Rendall Sikes PLLC,**

**5310 Harvest Hill Road, Suite 260,**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**     **TX**    **75230**

Basis for the claim:
**Attorneys fees**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**Acidizing Technology Services LLC vs. Copper Ridge Resources, LLC; Case No. CC21997**

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**Cherry Transport**

**4001 S, County Road 1135**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Midland**     **TX**    **79706**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,906.39 |

**Chief Services**

**3705 TX-464 Loop**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Midland**     **TX**    **79765**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor **Copper Ridge Resources, LLC**                    Case number (if known) **20-42766-7**

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114,728.00** |

**Chocks, Inc.**

**PO Box 907**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Andrews**          **TX**    **79714**          **Vendor**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
☑ No
☐ Yes

**Chocks Inc. vs. Copper Ridge Resources, LLC and Crosstex Services, LLC; Case No. 21,683**

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Clayton S. Hightower**

**Sanders Law Firm**

**701 W. Country Club Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Roswell**          **NM**    **88201**          **Attorneys fees**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
☑ No
☐ Yes

**4G Well Service vs. Copper Ridge Resources, LLC; Case No. D-506-CV-2019-0132**

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cobalt Operating, LLC**

**PO Box 51468**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Midland**          **TX**    **79710**          **Co-Defendant in pending lawsuit**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
☑ No
☐ Yes

**Aztez Well Servicing Co., vs Copper Ridge Resources, LLC and Cobalt Operating; Case No. D-1116-CV-201901577**

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |

**Coretech**

**3719 N County RD 1148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Midland**          **TX**    **79705**          **Vendor**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
☑ No
☐ Yes

---

Debtor **Copper Ridge Resources, LLC**                          Case number (if known) **20-42766-7**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,907.94 |

**Corrosion Ltd.**

**4321 S County Rd 1290**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Odessa**                    **TX**      **79765**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |

**Cowboy Spooling**

**3517 N 6th St.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Abilene**                    **TX**      **79603**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**Crady Jewett McCulley & Houren LLP**

**William R. Sudela**

**2727 Allen Parkway, Ste 1700**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**      **77019-2125**

Basis for the claim:
**Attorneys fees**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**MS Direcctional, LLC vs. Copper Ridge Resources, LLC; Case No. CV55664**

Debtor  **Copper Ridge Resources, LLC**                          Case number (if known)  **20-42766-7**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.45**  Nonpriority creditor's name and mailing address

**Crosstex Services, LLC**

**PO Box 51468**

**Midland**                          **TX**      **79710**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Co-Defendant in pending lawsuit**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Bullseye Drilling Services, LLC vs. Copper Ridge Resources, LLC and Crosstex Services, LLC; Chocks Inc. vs. Copper Ridge Resources, LLC and Crosstex Services, LLC; Case No. 21,683**

---

**3.46**  Nonpriority creditor's name and mailing address

**Derek Cook**

**Lynch Chappel & Alsup PC**

**300 North Marienfeld, Ste 700**

**Midland**                          **TX**      **79701**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Attorneys fees**

**Unknown**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**OMI, LP d/b/a Oilfield Materials Mangement Co.. vs Copper Ridge Resources, LLC; Case No. 21,717**

---

**3.47**  Nonpriority creditor's name and mailing address

**DGE Rentals**

**508 W. Richardson St.**

**Sundown**                          **TX**      **79372**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Vendor**

**$8,930.63**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.48**  Nonpriority creditor's name and mailing address

**Diamond D. Slickline**

**889 US-180**

**Snyder**                          **TX**      **79549**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Vendor**

**$6,000.00**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,285.74** |
|---|---|---|---|

**Dirt Road Outlaws**

**615 Pope Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Crane**       **TX**    **79731**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,071.19** |
|---|---|---|---|

**Don-Nan Pump & Supply**

**801 SW 9th St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Andrews**       **TX**    **79714**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$633,331.02** |
|---|---|---|---|

**Eagle Completions**

**13600 E. Interstate 20**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Odessa**       **TX**    **79765**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$827,631.02** |
|---|---|---|---|

**Eagle Completions, USA**

**13600 E. Interstate 20**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Odessa**       **TX**    **79765**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Eagle Completions, USA LTD vs. Copper Ridge Resources, Zircon Properties, LLC, W. Energy Partners, LLC, Bustamante Oil Company, Ronald Houghton; Case No. 6893**

Debtor    **Copper Ridge Resources, LLC**      Case number (if known)   **20-42766-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.53**   Nonpriority creditor's name and mailing address

**Eagle Containers**

**8837 Us-87**

**San Angelo**    **TX**    **76901**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,590.00**

---

**3.54**   Nonpriority creditor's name and mailing address

**EBJ Trucking, Inc.**

**PO Box 432**

**Andrews**    **TX**    **79714**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$37,614.00**

---

**3.55**   Nonpriority creditor's name and mailing address

**Elite Well Services, LLC**

**8810 E CR-95**

**Midland**    **TX**    **79706**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,309.09**

---

**3.56**   Nonpriority creditor's name and mailing address

**Empire Services, LLC**

**3510 N. Causeway Blvd**

**Metairie**    **LA**    **70002**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,854.35**

---

Debtor    **Copper Ridge Resources, LLC**      Case number (if known)   **20-42766-7**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $546,438.49 |
| --- | --- | --- | --- |

**Energy Fishing & Rental Services**

**2006 Draco-Boonesville Road**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Bridgeport**    TX    76426

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,615.00 |
| --- | --- | --- | --- |

**Flying A Pumping Service**

**9555 US Hwy 283**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**South Albany**    TX    76430

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Fox Edge Kuykendall, PLLC**

**Michael J. Kuykendall**

**700 6th Street**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Marble Falls**    TX    78654

Basis for the claim:
**Attorneys fees**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Permian Power Tong, Inc, vs, Copper Ridge Resources, LLC, Defendant and Security Bank, Garnishee; Case No. D-20-04-0379-CV

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,661.00 |
| --- | --- | --- | --- |

**Frac Tank Rental**

**PO Box 874689**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Kansas City**    MO    64817-4689

Basis for the claim:
**Supplier**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Frac Tank Rental vs. Copper Ridge Resources, LLC; Case No. CC22263

Debtor **Copper Ridge Resources, LLC**          Case number (if known) **20-42766-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.61**  **Nonpriority creditor's name and mailing address**          **$52,116.23**

**FS Trucking**

**125 W. Sundown St.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Odessa**          **TX**    **79766**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

---

**3.62**  **Nonpriority creditor's name and mailing address**          **$5,511.73**

**G&L Supply**

**1400 South Main**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Seminole**          **TX**    **79360**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

---

**3.63**  **Nonpriority creditor's name and mailing address**          **$553.91**

**Gandy Marley**

**45 W Crossroads**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Roswell**          **NM**    **88203**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

---

**3.64**  **Nonpriority creditor's name and mailing address**          **$163,077.04**

**Graco Oilfield Services**

**5300 Town & Country Blvd #2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Frisco**          **TX**    **75034**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

---

Debtor **Copper Ridge Resources, LLC**                      Case number (if known) **20-42766-7**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

| **3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |
|---|---|---|---|

**Graphite Resources, LLC**

**PO Box 52543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Midland                      TX       79710**       **Co-Defendant in pending lawsuits**

Date or dates debt was incurred                      Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __       ☑ No
☐ Yes

**Artec Well Servicing Co., vs. Copper Ridge Resources, LLC, Harrison Lease Acquisiton & Development Corp., Carr Energy,
LLC, Graphite Resources and Johnny Martinez; Case No. 19-11-18252**

**Graphite Resources, LLC, Harrison Lease Acquistion & Development Corp. and Carr Energy, LLC; Case No. CV55963**

| **3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,420.00** |
|---|---|---|---|

**GS Logs**

**743 Vicki Dr. #A**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Huntsville                      TX       77340**       **Vendor**

Date or dates debt was incurred                      Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __       ☑ No
☐ Yes

| **3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gwen L. Walraven**

**Bell Nunnally & Martin LLP**

**2323 Ross Ave., Ste 1900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas                      TX       75201**       **Attorneys fees**

Date or dates debt was incurred                      Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __       ☑ No
☐ Yes

**Horizon Mud vs. Copper Ridge Resources, LLC; Case No. CC22257**

Debtor **Copper Ridge Resources, LLC**                    Case number (if known) **20-42766-7**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.68 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                    **$58,902.00**
*Check all that apply.*

**Gyro Technologies**
**PO Box 261021**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Corpus Christie**          **TX**     **78426-1021**          **Vendor**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
☑ No
☐ Yes

**Gyro Technologies vs. Copper Ridge Resources, LLC; Case No. 366-04619-2019**

| 3.69 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                    **$35,157.70**
*Check all that apply.*

**Gyrodata**
**23000 NW Lake Dr.**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**          **TX**     **77095**          **Vendor**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
☑ No
☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                    **Unknown**
*Check all that apply.*

**Halite Properties, LLC**
**PO Box 52840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Midland**          **TX**     **79710**          **Co-Defendent in pending lawsuit**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
☑ No
☐ Yes

**Premium Oilfield Services, LLC vs. Copper Ridge Resources, LLC and Halite Properties, LLC; Case No. 7502**
**Triple S Trucking vs. Copper Ridge Resources, LLC, Yesco HVL, LLC, Halite Properties, LLC, 2505 Partners, LLC, Bruno**
**Asseray dba Bichon Tourisme; Case No. 19-11-18253**

Debtor **Copper Ridge Resources, LLC**      Case number (if known) **20-42766-7**

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.71**   Nonpriority creditor's name and mailing address

**Harrison Lease Acquisition & Develpment**

**2438 Industrial Blvd. #120**

**Abilene**      **TX**      **79605**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Co-Defendent in pending lawsuit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **Unknown**

**Artec Well Servicing Co., vs. Copper Ridge Resources, LLC, Harrison Lease Acquisiton & Development Corp., Carr Energy, LLC, Graphite Resources and Johnny _____; Case No. 19-11-18252**

**Mesa Well Service vs. Copper Ridge Resources, Graphite Resources, LLC, Harrison Lease Acquistion & Development Corp. and Carr Energy, LLC; Case No. CV55963**

**3.72**   Nonpriority creditor's name and mailing address

**Holland & Hart, LLP**

**110 N. Guadalupe St. #1**

**Sante Fe**      **NM**      **87501**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$18,000.00**

**3.73**   Nonpriority creditor's name and mailing address

**Holy Hamm**

**Snow Spencer Green, LLP**

**2929 Allen Parkway, Ste 2800**

**Houston**      **TX**      **77019**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$0.00**

**Taurex Drill Bits, LLC vs. Copper Ridge Resources, LLC; Case No. CC21931**

Debtor **Copper Ridge Resources, LLC**          Case number (if known) **20-42766-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.74** Nonpriority creditor's name and mailing address

**Hoppes Construction, LLC**

**12580 County Road 1538**

**ADA**                          **OK**      **74820**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$185,966.08**

---

**3.75** Nonpriority creditor's name and mailing address

**Horizon Mud Company**

**PO Box 205338**

**Dallas**                       **TX**      **75320-5338**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$91,444.00**

**Horizon Mud vs. Copper Ridge Resources, LLC; Case No. CC22257**

---

**3.76** Nonpriority creditor's name and mailing address

**Hunter Parish, Dawson Parrish**

**2001 West Wal, Suite 518**

**Midland**                      **TX**      **79701**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

**RFC Drilling LLC vs. Copper Ridge Resources, LLC and Mark Burkett; Case No. 7468**

---

**3.77** Nonpriority creditor's name and mailing address

**Integrated Cement & Acid**

**1727 Southwest County Road**

**Hobbs**                        **NM**      **88240**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$60,222.91**

---

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.78** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,385.90** |
|---|---|---|

IPFS Corporation

1055 Broadway

11th Floor

☐ Contingent
☐ Unliquidated
☐ Disputed

Kansas City      MO    64105

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.79** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|

J.A.CH. Roustabout

805 Honeysuckle St.

☐ Contingent
☐ Unliquidated
☐ Disputed

Odessa      TX    79761

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.80** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,246.69** |
|---|---|---|

Jade Services, Inc.

PO Box 303

☐ Contingent
☐ Unliquidated
☑ Disputed

Lamesa      TX    79331

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.81** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|

James A. Collura

Bradley Arant Boult Cummings, LLP

600 Travis, Ste 4800

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston      TX    77002

**Basis for the claim:**
**Attorneys fees**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Premium Oilfield Services, LLC vs. Copper Ridge Resources, LLC and Halite Properties, LLC; Case No. 7502

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James C. Scott**

**Kelly Hart & Hallman**

**201 Main Street, Ste 2500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Fort Worth** | **TX** | **76102** |

**Attorneys fees**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**Wellbore Fishing & Rental, vs. Copper Ridge Resources, LLC; Case No. CC21756**

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jason B Hamm, Hamm French PLLC,**

**3000 N. Garfield, Suite 205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Midland** | **TX** | **79705** |

**Attorneys fees**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**Bullseye Drilling Services, LLC vs. Copper Ridge Resources, LLC and Crosstex Services, LLC**

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,024.53** |
|---|---|---|---|

**JC Sandblasting & Painting**

**3715 Bay Oaks Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77015** |

**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.85** Nonpriority creditor's name and mailing address

**Johnny Martinez**

**5007 Co. Road 116**

**Trailer 32**

**Midland** TX **79706**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Co-Defendant in pending lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

**Artec Well Servicing Co., vs. Copper Ridge Resources, LLC, Harrison Lease Acquisiton & Development Corp., Carr Energy, LLC, Graphite Resources and Johnny Martinez; Case No. 19-11-18252**

---

**3.86** Nonpriority creditor's name and mailing address

**Jon M. Payne**

**Hall Estill Gable Golden & Nelson PC**

**3200 S. Boston Ave, Ste 200**

**Tulsa** OK **74103**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

**Stingray Cementing & Acidizing LLC vs. Copper Ridge Resources, LLC; Case No. CC21728**

---

**3.87** Nonpriority creditor's name and mailing address

**Justin Foster**

**Freeman Mills**

**C601 Shelly Dr. Ste 201**

**Tyler** TX **75701**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

**Texas Pride Fuels vs. Copper Ridge Resources, LLC; Case No. CC22543**

Debtor   **Copper Ridge Resources, LLC**                    Case number (if known)   **20-42766-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kenton McDonald, Esq.**

**321 Texan Trail, Ste 250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Corpus Christi**          **TX**     **78411**

Basis for the claim:
**Attorneys fees**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**Gyro Technologies vs. Copper Ridge Resources, LLC; Case No. 366-04619-2019**

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,449.44** |
|---|---|---|---|

**Klear Bit Technologies**

**300 TX-114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bridgeport**          **TX**     **76426**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$461,334.36** |
|---|---|---|---|

**KLX Energy Services**

**2935 Greenlee, W Park Ave.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Weatherford**          **TX**     **76088**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,664.96** |
|---|---|---|---|

**Kuda Kutrite, Inc**

**PO Box 747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Andrews**          **TX**     **79714**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor **Copper Ridge Resources, LLC**                     Case number (if known) **20-42766-7**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|------|------|------|------|

**$15,771.47**

Check all that apply.

**Lea County Packer Sales**

**201 E. Vera St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Hobbs**          **NM**   **88240**

Basis for the claim:

**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$33,102.85**

Check all that apply.

**Lone Star Rental**

**830 E Broadway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Andrews**         **TX**   **79717**

Basis for the claim:

**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$11,980.00**

Check all that apply.

**Longhorn Machine Shop and Manufacturing,**

**PO Box 10280**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Midland**         **TX**   **79702**

Basis for the claim:

**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$23,728.45**

Check all that apply.

**Lucky Rental Tool**

**7103 N. FM 1788**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Midland**         **TX**   **79707**

Basis for the claim:

**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor    **Copper Ridge Resources, LLC**      Case number (if known)   **20-42766-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.96 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Lynch, Chappell & Alsup PC**

**Randall L. Rouse**

**300 N. Marienfeld St., Ste 700**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Midland**    **TX**    **79701**    **Attorneys fees**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

**Unknown**

**MS Direcctional, LLC vs. Copper Ridge Resources, LLC; Case No. CV55664**

| 3.97 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Mark Burkett**

**PO Box 52840**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Midland**    **TX**    **79710**    **Co-Defendent in pending lawsuits**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

**Unknown**

**Mustang Well Service, LLC vs. Copper Ridge Resources, LLC and Mark Burkett; Case No. CC21697**
**RFC Drilling LLC vs. Copper Ridge Resources, LLC and Mark Burkett; Case No. 7468**

| 3.98 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Matthew French**

**French Benton, PLLC**

**415 W. Wall St., Ste 1240**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Midland**    **TX**    **79701**    **Attorneys fees**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

**Unknown**

**Eagle Completions, USA LTD vs. Copper Ridge Resources, Zicron Properties, LLC, W. Energy Partners, LLC, Bustamante Oil Company, Ronal Houghton; Case No. 6893**

Debtor    **Copper Ridge Resources, LLC**      Case number (if known)   **20-42766-7**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$610,303.00** |
| --- | --- | --- | --- |

Check all that apply.

**Mesa Well Service, LP**

**PO Box 1620**

☐ Contingent
☐ Unliquidated
☑ Disputed

_____

| **Hobbs** | **NM** | **88241** |

**Basis for the claim:**
**Supplier**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**Mesa Well Service vs. Copper Ridge Resources, LLC., Graphite Resources, LLC, Harrison Lease Acquistion & Development Corp. and Carr Energy, LLC; Case No. CV55963**

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
| --- | --- | --- | --- |

Check all that apply.

**Michael Kelly**

**Kelly Morgan Dennis Corzine & Hansen, PC**

**PO Box 1311**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Odessa** | **TX** | **79760-1311** |

**Basis for the claim:**
**Attorneys fees**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**Stealth Oilwell Services. vs. Copper Ridge Resources, LLC ; Case No. C-7878-1**

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
| --- | --- | --- | --- |

Check all that apply.

**Michael T. Morgan**

**Morgan Leeton, PC**

**400 W. Illinois Ave.,**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Midland** | **TX** | **79701** |

**Basis for the claim:**
**Attorneys fees**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**Transtex Cementing Services, LLC vs. Copper Ridge Resources, LLC; Case No. CC21796**

Debtor **Copper Ridge Resources, LLC**  Case number (if known) **20-42766-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.102** Nonpriority creditor's name and mailing address

**MS Directional LLC**

**PO Box 201567**

**Dallas** **TX** **75320-1567**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**MS Directional, LLC vs. Copper Ridge Resources, LLC; Case No. CV55664**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,208,966.00**

---

**3.103** Nonpriority creditor's name and mailing address

**Murray Crutcher III**

**3800 E. 42nd Street, Ste 500**

**Odessa** **TX** **79762**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Permian Power Tongs vs. Copper Ridge Resources, LLC; Case No. D-20-01-0016-CV**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.104** Nonpriority creditor's name and mailing address

**Mustang Construction**

**1503 SW Mustang Dr.,**

**Andrews** **TX** **79714**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,519.17**

---

**3.105** Nonpriority creditor's name and mailing address

**Mustang Well Service, LLC**

**2681 SE 1000**

**Andrews** **TX** **79714**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$117,933.00**

**Mustang Well Service, LLC vs. Copper Ridge Resources, LLC and Mark Burkett; Case No. CC21697**

---

Debtor **Copper Ridge Resources, LLC**                    Case number (if known) **20-42766-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.106** Nonpriority creditor's name and mailing address

**National Fuel and Lubricants**

**2208 Ave R**

**Snyder**                    **TX**    **79549**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**National Fuel Lubrications vs. Copper Ridge Resources, LLC; Case No. 26817**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$172,792.00**

---

**3.107** Nonpriority creditor's name and mailing address

**OMI, LP**

**dba Oilfield Materials Management Co.**

**2817 John Ben Shepperd Pkwy**

**Odessa**                    **TX**    **79762**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**OMI, LP d/b/a Oilfield Materials Mangement Co.. vs Copper Ridge Resources, LLC; Case No. 21,717**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$378,517.00**

---

**3.108** Nonpriority creditor's name and mailing address

**Osborn, Marsland & Hargrove**

**515 Congress Ave.**

**Ste 2450**

**Austin**                    **TX**    **78701**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,127.00**

---

**3.109** Nonpriority creditor's name and mailing address

**Pason Systems**

**7701 West Little York**

**Suite 800**

**Houston**                    **TX**    **77040**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$42,329.32**

---

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.110** Nonpriority creditor's name and mailing address

**Performance Chemical**

**9105 I-20 Frontage**

**Midland**     **TX**    **79706**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$700.00**

**3.111** Nonpriority creditor's name and mailing address

**Permian Power Tongs**

**4512 E. State Highway 158**

**Gardendale**    **TX**    **79758**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$34,250.00**

Permian Power Tongs vs. Copper Ridge Resources, LLC; Case No. D-20-01-0016-CV

Permian Power Tong, Inc, vs, Copper Ridge Resources, LLC, Defendant and Security Bank, Garnishee

**3.112** Nonpriority creditor's name and mailing address

**Platinum Pipe Rentals**

**2580 US-274**

**Odessa**    **TX**    **79766**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$307,323.58**

**3.113** Nonpriority creditor's name and mailing address

**Pradon Construction & Trucking**

**249 Solo Road**

**Odessa**    **TX**    **79762**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,800.00**

Debtor __**Copper Ridge Resources, LLC**__     Case number (if known) __**20-42766-7**__

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$88,239.89** |
|---|---|---|---|

__**Premium Fising Services**__

__**4819 Highway 90 W**__

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

__New Iberia      LA    70560__

**Basis for the claim:**
__Vendor__

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$88,240.00** |
|---|---|---|---|

__**Premium Oilfield Services, LLC**__

__**4819 Hwy 90 West**__

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

__New Iberia      LA    70560__

**Basis for the claim:**
__Vendor__

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

**Premium Oilfield Services, LLC vs. Copper Ridge Resources, LLC and Halite Properties, LLC; Case No. 7502**

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$335.00** |
|---|---|---|---|

__**Pride Energy Services**__

__**707 NW Mustang Dr.**__

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

__Andrews      TX    79714__

**Basis for the claim:**
__Vendor__

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,000.00** |
|---|---|---|---|

__**Pro Mainland Safety**__

__**PO Box 53211**__

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

__Lubbock      TX    79453__

**Basis for the claim:**
__Vendor__

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

---

Debtor **Copper Ridge Resources, LLC**     Case number (if known) **20-42766-7**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.118** Nonpriority creditor's name and mailing address

**Pro Oil & Gas Services, LLC**

**840 Gessner Road, Ste 875**

**Houston**    **TX**    **77024**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$104,604.63**

---

**3.119** Nonpriority creditor's name and mailing address

**R. Louis Bratton**

**The Bratton Firm**

**1100 Guadalupe St.,**

**Austin**    **TX**    **78701**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

**National Fuel Lubrications vs. Copper Ridge Resources, LLC; Case No. 26817**

---

**3.120** Nonpriority creditor's name and mailing address

**Ramrod Trucking**

**3009 Hohl St.**

**Houston**    **TX**    **77093**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,124.00**

---

**3.121** Nonpriority creditor's name and mailing address

**Randyl Meigs**

**McDonald Sanders, PC**

**777 Main Street, Ste 1300**

**Fort Worth**    **TX**    **76102**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

**Triple S Trucking vs. Copper Ridge Resources, LLC, Yesco HVL, LLC, Halite Properties, LLC, 2505 Partners, LLC, Bruno Asseray dba Bichon Tourisme; Case No. 19-11-18253**

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.122** Nonpriority creditor's name and mailing address

**Randyl Meigs McDonald Sanders,**

**777 Main Street, Suite 1300**

**Fort Worth**      **TX**    **76102**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney fees**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

Artec Well Servicing Co., vs. Copper Ridge Resources, LLC, Harrison Lease Acquisiton & Development Corp., Carr Energy, LLC, Graphite Resources and Johnny _____; Case No. 19-11-18252

**3.123** Nonpriority creditor's name and mailing address

**Ready Drill LLC**

**5168 TX-18**

**Monahans**      **TX**    **79756**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,500.00**

**3.124** Nonpriority creditor's name and mailing address

**Renegade Services**

**3301 E. US HWY 377**

**Granbury**      **TX**    **76049**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$36,582.68**

**3.125** Nonpriority creditor's name and mailing address

**RFC Drilling, LLC**

**6001 W. Murphy St.**

**Odessa**      **TX**    **79763**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$904,246.00**

RFC Drilling LLC vs. Copper Ridge Resources, LLC and Mark Burkett; Case No. 7468

Debtor **Copper Ridge Resources, LLC**                          Case number (if known) **20-42766-7**

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Rick Strange, Esq.**

**706 N. Colorado**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Midland**                          **TX**      **79701**        **Attorneys fees**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

**Wildcat Oil Tools, LLC vs. Copper Ridge Resources, LLC
Case No. 21.542**

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$14,406.45** |

**Rig Power**

**2924 Greenlee Park Trail**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Weatherford**                      **TX**      **76088**        **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Robert Blackwell**

**Blackwell Blackburn, Herring & Singer LL**

**7557 Rambler Road, Ste 1450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                            **TX**      **75231**        **Attorneys fees**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

**TCI Business Capital -Dilgent Well Services vs. Copper Ridge Resources, LLC**

Debtor **Copper Ridge Resources, LLC**  Case number (if known) **20-42766-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.129** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**

**Ronald Hougton**
**1819 South 5th Street**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Merkle**  **TX**  **79536**

Basis for the claim:
**Co-Defendant in pending lawsuit**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Eagle Completions, USA LTD vs. Copper Ridge Resources, Zircon Properties, LLC, W. Energy Partners, LLC, Bustamante Oil Company, Ronald Houghton; Case No. 6893**

---

**3.130** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$47,366.43**

**Rose Equipment Company**
**212 1st St.**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Levelland**  **TX**  **79336**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,759.57**

**Rotary Wire Line Service, Inc..**
**809 NW County Road**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Hobbs**  **NM**  **88240**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.132** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,469.50**

**RWLS LLC**
**1937 West Ave.**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Levelland**  **TX**  **79336**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor __**Copper Ridge Resources, LLC**__    Case number (if known) __**20-42766-7**__

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,344.93 |
|---|---|---|---|

**S&S Fishing & Rental**

**1825 NW Ave. F**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Andrews**          **TX**    **79714**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott D. Ellis**

**Foley & Lardner LLP**

**1000 Louisiana Street, Ste 2000**

**Houston, Texas  77002+5011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorneys fees**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**Tri-State Oilfield Services vs. Copper Ridge Resources, LLC; Case No. CC22250**

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sean Guerrero**

**Stubberman, McRae, Seal et al**

**550 West Texas Ave., Ste 800**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Midland**          **TX**    **79701**

**Basis for the claim:**
**Attorneys fees**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**Frac Tank Rental vs. Copper Ridge Resources, LLC; Case No. CC22263**

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,227.00 |
|---|---|---|---|

**Stealth Oilwell Services**

**PO Box 69063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Odessa**          **TX**    **79769**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**Stealth Oilwell Services. vs. Copper Ridge Resources, LLC ; Case No. C-7878-1**

Debtor **Copper Ridge Resources, LLC**                Case number (if known) **20-42766-7**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.137 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Stingray Cementing & Acidizing**

**14201 Caliber Dr., Ste 100**

**Oklahoma City, 73134**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$26,451.00**

**Stingray Cementing & Acidizing LLC vs. Copper Ridge Resources, LLC; Case No. CC21728**

| 3.138 | Nonpriority creditor's name and mailing address |
| --- | --- |

**T&T Pipe Supply**

**7467 I-37**

**Corpus Christie          TX    78409**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Bank Fees**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$158.38**

| 3.139 | Nonpriority creditor's name and mailing address |
| --- | --- |

**T-P Rentals**

**1201 SE County Road**

**Crane          TX    79731**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$50,117.78**

| 3.140 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Taurex Drill Bits, LLC**

**27260 Oak Ridge Park**

**Oak Ridge North          TX    77385**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$38,644.00**

**Taurex Drill Bits, LLC vs. Copper Ridge Resources, LLC; Case No. CC21931**

Debtor **Copper Ridge Resources, LLC**    Case number (if known) **20-42766-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.141** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$1,623.75**
                                                            Check all that apply.

**TCI - Casing Specialities, LLC**                          ☐ Contingent

**9900 Spectrum Dr.**                                        ☐ Unliquidated
                                                            ☐ Disputed

                                                            **Basis for the claim:**

**Austin**            **TX**    **78717**                    **Vendor**

Date or dates debt was incurred    _____         Is the claim subject to offset?
                                                            ☑ No
Last 4 digits of account number    __ __ __ __              ☐ Yes

---

**3.142** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$56,093.00**
                                                            Check all that apply.

**TCI Business Capital**                                     ☐ Contingent

**Diligent Well Services**                                   ☐ Unliquidated

**12270 Nicollet Ave. South**                                ☑ Disputed

                                                            **Basis for the claim:**

**Burnsville**        **MN**    **55337**                    **Vendor**

Date or dates debt was incurred    _____         Is the claim subject to offset?
                                                            ☑ No
Last 4 digits of account number    __ __ __ __              ☐ Yes

**TCI Business Capital -Dilgent Well Services vs. Copper Ridge Resources, LLC**

---

**3.143** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$75,067.00**
                                                            Check all that apply.

**Texas Pride Fuels**                                        ☐ Contingent

**1300 E. Highway 199**                                      ☐ Unliquidated
                                                            ☐ Disputed

                                                            **Basis for the claim:**

**Springtown**        **TX**    **76082**                    **Vendor**

Date or dates debt was incurred    _____         Is the claim subject to offset?
                                                            ☑ No
Last 4 digits of account number    __ __ __ __              ☐ Yes

**Texas Pride Fuels vs. Copper Ridge Resources, LLC; Case No. CC22543**

---

**3.144** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$5,214.24**
                                                            Check all that apply.

**Total Rig Tools**                                          ☐ Contingent

**32403 Tamina Road, Ste 1**                                 ☐ Unliquidated
                                                            ☐ Disputed

                                                            **Basis for the claim:**

**Magnolia**          **TX**    **77354**                    **Vendor**

Date or dates debt was incurred    _____         Is the claim subject to offset?
                                                            ☑ No
Last 4 digits of account number    __ __ __ __              ☐ Yes

---

Debtor **Copper Ridge Resources, LLC**                    Case number (if known) **20-42766-7**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.145 | Nonpriority creditor's name and mailing address |
|---|---|

**Transtex Cementing Services, LLC**

**PO Box 50455**

**MIdland**              **TX**    **79710**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$39,556.00

**Transtex Cementing Services, LLC vs. Copper Ridge Resources, LLC; Case No. CC21796**

| 3.146 | Nonpriority creditor's name and mailing address |
|---|---|

**Trey Trucks, LTD**

**301 E. 1st St.**

**Crane**              **TX**    **79731**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$11,091.94

| 3.147 | Nonpriority creditor's name and mailing address |
|---|---|

**Tri-State Oilfield Servives**

**3710 Tradewind St.**

**Amarillo**              **TX**    **79118**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$154,828.00

**Tri-State Oilfield Services vs. Copper Ridge Resources, LLC; Case No. CC22250**

Debtor **Copper Ridge Resources, LLC**                    Case number (if known) **20-42766-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.148** Nonpriority creditor's name and mailing address

**Triple S. Trucking**

**PO Box 50592**

**Midland**                    **TX**    **79710**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$65,000.00**

**Triple S Trucking vs. Copper Ridge Resources, LLC, Yesco HVL, LLC, Halite Properties, LLC, 2505 Partners, LLC, Bruno Asseray dba Bichon Tourisme; Case No. 19-11-18253**

---

**3.149** Nonpriority creditor's name and mailing address

**TRM, LLC**

**10210 State Hwy 191**

**Midland**                    **TX**    **79707**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,827.50**

---

**3.150** Nonpriority creditor's name and mailing address

**Tucker Construction**

**908 S. Sylvania Ave.**

**Fort Worth**                    **TX**    **76111**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$6,402.99**

---

**3.151** Nonpriority creditor's name and mailing address

**Tyson Gobble**

**Titus & Murphy**

**4000 E. 30th Street**

**Farmington**                    **NM**    **87402**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

**Aztez Well Servicing Co., vs Copper Ridge Resources, LLC and Cobalt Operating; Case No. D-1116-CV-201901577**

Debtor  **Copper Ridge Resources, LLC**                    Case number (if known)  **20-42766-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.152**  Nonpriority creditor's name and mailing address

**Unicorn Oilfield Services, LLC**

**911 W. Avenue I**

**Lovington**                    **NM**    **88260-5015**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Bank Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$589.88**

---

**3.153**  Nonpriority creditor's name and mailing address

**United Shutdown & Safety**

**5501 Transport Industrial Dr.**

**Corpus Christi**                **TX**    **78405**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,943.83**

---

**3.154**  Nonpriority creditor's name and mailing address

**Valence Drilling Fluids, LLC**

**2575 Kelley Pointe Pkwy**

**Edmond**                        **OK**    **73013**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$34,153.36**

---

**3.155**  Nonpriority creditor's name and mailing address

**Varel International**

**Dept 3474**

**PO Box 123474**

**Dallas**                        **TX**    **75312-3474**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$53,763.84**

---

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.156** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143,767.00** |
|---|---|---|

**Vaughn Energy Services**

**2827 Prestige Road**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Fort Worth | TX | 76244 |
|---|---|---|

Basis for the claim: **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**Vaughn Energy Services vs. Copper Ridge Resources, LLC
Case No. 141-311941-19**

| **3.157** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,902.00** |
|---|---|---|

**VES Survey International**

**2827 Prestige Road**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Fort Worth | TX | 76244 |
|---|---|---|

Basis for the claim: **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| **3.158** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|

**W. Energy Partners, LLC**

**2438 Industrial Blvd, #120**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Abilene | TX | 79605 |
|---|---|---|

Basis for the claim: **Co-Defendant in pending lawsuit**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**Eagle Completions, USA LTD vs. Copper Ridge Resources, Zicron Properties, LLC, W. Energy Partners, LLC, Bustamante Oil Company, Ronal Houghton; Case No. 6893**

Debtor **Copper Ridge Resources, LLC**      Case number (if known) **20-42766-7**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.159** Nonpriority creditor's name and mailing address

Warrior Technologies

400 W. Illinois Ave. Ste 1120

Midland      TX    79701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$3,525.61**

---

**3.160** Nonpriority creditor's name and mailing address

Wellbore Fishing & Rental

2400 N. FM 1788

Midland      TX    79707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$353,002.00**

Wellbore Fishing & Rental, vs. Copper Ridge Resources, LLC; Case No. CC21756

---

**3.161** Nonpriority creditor's name and mailing address

Wilbanks Trucking Services, LLC

11246 Lovington Highway

Artesia      NM    88210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$83,000.00**

---

**3.162** Nonpriority creditor's name and mailing address

Wildcat Oil Tools, LLC

PO Box 50592

Midland      TX    79710

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,110,000.00**

Wildcat Oil Tools, LLC vs. Copper Ridge Resources, LLC
Case No. 21.542

---

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.163** Nonpriority creditor's name and mailing address

**Wildcat Services, LLC**

**1908-1998 Alta Vista Dr.**

**Midland**     **TX**     **79706**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$56,070.00**

---

**3.164** Nonpriority creditor's name and mailing address

**Will Rutledge**

**Dore Law Group PC**

**17171 Park Row, Ste 160**

**Houston**     **TX**     **77084**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

**Mesa Well Service vs. Copper Ridge Resources, Graphite Resources, LLC, Harrison Lease Acquistion & Development Corp. and Carr Energy, LLC; Case No. CV55963**

---

**3.165** Nonpriority creditor's name and mailing address

**William Sudela**

**Crady Jewett McCulley & Houren LLP**

**2727 Allen Parkway, Ste 1700**

**Houston**     **TX**     **77019-2125**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

**MS Directional, LLC vs. Copper Ridge Resources, LLC; Case No. CV55664**

---

**3.166** Nonpriority creditor's name and mailing address

**Yellowjack Oilfield Services**

**2201 E. Loop 281**

**Longview**     **TX**     **75601**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$130,984.02**

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yesco HVL, LLC**

**249-8 Yongdap-dong**

**Sungdon-gu**

**Seol, South Korea 133-851**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Co-Defendent in pending lawsuit**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Triple S Trucking vs. Copper Ridge Resources, LLC, Yesco HVL, LLC, Halite Properties, LLC, 2505 Partners, LLC, Bruno Asseray dba Bichon Tourisme; Case No. 19-11-18253**

| **3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zircon Properties, LLC**

**PO Box 51468**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Co-Defendent in pending lawsuit**

| **Midland** | **TX** | **79710** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Eagle Completions, USA LTD vs. Copper Ridge Resources, Zircon Properties, LLC, W. Energy Partners, LLC, Bustamante Oil Company, Ronal Houghton; Case No. 6893**

| | | |
|---|---|---|
| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) **20-42766-7** |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $10,634.91 |
| 5b. **Total claims from Part 2** | 5b. **+** | $12,489,653.10 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $12,500,288.01 |

09/14/2020 02:39:26pm

| **Fill in this information to identify the case:** |
| --- |

Debtor name    **Copper Ridge Resources, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **20-42766-7**      Chapter    **7**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name **Copper Ridge Resources, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **20-42766-7**

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **2505 Partners, LLC** | **2505 Ella Lee Lane**<br>Number     Street<br><br>**Houston**          **TX**    **77019-6312**<br>City                    State   ZIP Code | **Triple S. Trucking** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **Bruno Asseray** | **dba SNC Bichon Tourisme**<br>Number     Street<br>**51 Alee de la foret**<br><br>City                    State   ZIP Code | **Triple S. Trucking** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 **Bustamante Oil Company** | **101 E. County Road 120 STE 101**<br>Number     Street<br><br>**Midland**          **TX**    **79705**<br>City                    State   ZIP Code | **Eagle Completions, USA** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 **Carr Energy, LLC** | **PO Box 202**<br>Number     Street<br><br>**Snyder**           **TX**    **79550**<br>City                    State   ZIP Code | **Aztec Well Servicing Co.** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Copper Ridge Resources, LLC** | Case number (if known) | **20-42766-7** |
|---|---|---|---|

<div style="background:black"></div> **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| **2.5** **Carr Energy, LLC** | **PO Box 202** <br> Number    Street <br><br> **Snyder**    **TX**   **79550** <br> City    State   ZIP Code | | **Mesa Well Service, LP** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.6** **Cobalt Operating, LLC** | **PO Box 51468** <br> Number    Street <br><br> **Midland**    **TX**   **79710** <br> City    State   ZIP Code | | **Aztec Well Servicing Co.** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.7** **Crosstex Services, LLC** | **PO Box 52543** <br> Number    Street <br><br> **Midland**    **TX**   **79710** <br> City    State   ZIP Code | | **Bullseye Drilling Services, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.8** **Crosstex Services, LLC** | **PO Box 52543** <br> Number    Street <br><br> **Midland**    **TX**   **79710** <br> City    State   ZIP Code | | **Chocks, Inc.** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.9** **Graphite Resources, LLC** | **PO Box 52543** <br> Number    Street <br><br> **Midland**    **TX**   **79710** <br> City    State   ZIP Code | | **Aztec Well Servicing Co.** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.10** **Graphite Resources, LLC** | **PO Box 52543** <br> Number    Street <br><br> **Midland**    **TX**   **79710** <br> City    State   ZIP Code | | **Mesa Well Service, LP** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.11** **Halite Properties, LLC** | **PO Box 52840** <br> Number    Street <br><br> **Midland**    **TX**   **79710** <br> City    State   ZIP Code | | **American Momentum Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor **Copper Ridge Resources, LLC**      Case number (if known) **20-42766-7**

## ▉ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| **Name** | **Mailing address** | | | **Name** | *Check all schedules that apply:* |
| 2.12 **Halite Properties, LLC** | PO Box 52840<br>Number   Street | | | **Premium Oilfield Services, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | Midland<br>City | TX<br>State | 79710<br>ZIP Code | | |
| 2.13 **Halite Properties, LLC** | PO Box 52840<br>Number   Street | | | **Triple S. Trucking** | ☐ D<br>☑ E/F<br>☐ G |
| | Midland<br>City | TX<br>State | 79710<br>ZIP Code | | |
| 2.14 **Harrison Lease Acquisition & Develpment** | 2438 Industrial Blvd. #120<br>Number   Street | | | **Aztec Well Servicing Co.** | ☐ D<br>☑ E/F<br>☐ G |
| | Abilene<br>City | TX<br>State | 79605<br>ZIP Code | | |
| 2.15 **Harrison Lease Acquisition & Develpment** | 2438 Industrial Blvd. #120<br>Number   Street | | | **Mesa Well Service, LP** | ☐ D<br>☑ E/F<br>☐ G |
| | Abilene<br>City | TX<br>State | 79605<br>ZIP Code | | |
| 2.16 **Johnny Martinez** | 5007 Co. Road 116<br>Number   Street<br>Trailer 32 | | | **Aztec Well Servicing Co.** | ☐ D<br>☑ E/F<br>☐ G |
| | Midland<br>City | TX<br>State | 79706<br>ZIP Code | | |
| 2.17 **Mark Burkett** | PO Box 52840<br>Number   Street | | | **Mustang Well Service, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | Midland<br>City | TX<br>State | 79705<br>ZIP Code | | |
| 2.18 **Mark Burkett** | PO Box 52840<br>Number   Street | | | **RFC Drilling, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | Midland<br>City | TX<br>State | 79705<br>ZIP Code | | |

Debtor   **Copper Ridge Resources, LLC**        Case number (if known)   **20-42766-7**

▊ **Additional Page if Debtor Has More Codebtors**

     Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|

**2.19 Mark Burkett**
PO Box 52840
Number    Street

Midland    TX    79705
City    State   ZIP Code

**American Momentum Bank**
☑ D
☐ E/F
☐ G

**2.20 Ronald Hougton**
1819 South 5th Street
Number    Street

Merkle    TX    79536
City    State   ZIP Code

**Eagle Completions, USA**
☐ D
☑ E/F
☐ G

**2.21 W. Energy Partners, LLC**
2438 Industrial Blvd, #120
Number    Street

Abilene    TX    79605
City    State   ZIP Code

**Eagle Completions, USA**
☐ D
☑ E/F
☐ G

**2.22 Yesco HVL, LLC**
249-8 Yongdap-dong
Number    Street
Sungdon-gu

City    State   ZIP Code

**Triple S. Trucking**
☐ D
☑ E/F
☐ G

**2.23 Zircon Properties, LLC**
PO Box 51468
Number    Street

Midland    TX    79710
City    State   ZIP Code

**Eagle Completions, USA**
☐ D
☑ E/F
☐ G

**2.24 Zircon Properties, LLC**
PO Box 51468
Number    Street

Midland    TX    79710
City    State   ZIP Code

**American Momentum Bank**
☑ D
☐ E/F
☐ G

09/14/2020 02:39:26pm

**Fill in this information to identify the case:**

Debtor Name **Copper Ridge Resources, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **20-42766-7**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B........................................................................................ **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B..................................................................................... **$286,951.84**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B....................................................................................... **$286,951.84**

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................ **$693,761.47**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................ **$10,634.91**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................. **+ $12,489,653.10**

4. **Total liabilities**
    Lines 2 + 3a + 3b.......................................................................................................... **$13,194,049.48**

---

**Fill in this information to identify the case and this filing:**

Debtor Name **Copper Ridge Resources, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-42766-7**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/14/2020**        X **/s/ Mark Alan Burkett**
MM / DD / YYYY          Signature of individual signing on behalf of debtor

**Mark Alan Burkett**
Printed name

**President - Managing Member**
Position or relationship to debtor