Ryan Manns (SBT 24041391)
Emma Persson (SBT 24110219)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
ryan.manns@nortonrosefulbright.com
emma.persson@nortonrosefulbright.com

*COUNSEL FOR AMERICAN MOMENTUM BANK*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 20-42766-mxm7** |
| **COPPER RIDGE RESOURCES, LLC** ) | |
| ) | **Chapter 7** |
| **Debtor.** ) | |
| ) | |

## WITNESS AND EXHIBIT LIST

American Momentum Bank ("AMB") in the above-captioned chapter 7 case, by and through their undersigned counsel, hereby designates the following witnesses and exhibits (the "Witness and Exhibit List") for the hearing scheduled on May 12, 2021, at 1:30 p.m. (prevailing Central Time) (or as such hearing may be continued or rescheduled, the "Hearing").

## WITNESSES

1. Jarod Thomas.

2. Any witness listed or called by any other party.

3. Any witness necessary to authenticate the exhibits designated herein.

4. Any witness necessary to rebut and/or impeach the testimony of a witness called or designated by any other party.

**EXHIBITS**

| Ex. No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| A. | Loan documents executed in favor of Security Bank, as predecessor to AMB. | | | |
| B. | Deeds of Trust and UCC-1 financing statements executed in favor of Security Bank, as predecessor to AMB. | | | |
| C. | True and correct copies of the Certificate of Merger by and between Security Bank and AMB. | | | |
| D. | AMB's Proof of Claim No. 18. | | | |
| E. | Bank statements for account ending in 281. | | | |
| F. | P-4 Certificate of Compliance and Transportation Authority, Texas Railroad Commission, effective August 1, 2020. | | | |
| G. | Texas Railroad Commission data from January 2020 to April 2021. | | | |
| H. | Deed of Trust dated January 29, 2018, executed in favor of Robert K. Whitt, Individually; Robert K. Whitt, P.C.; and Hard Times and Misery Saloon, LLC. | | | |
| I. | Any pleadings or other documents filed in these cases or any related cases. | | | |
| J. | Any exhibits designated by any other party. | | | |
| K. | Rebuttal and impeachment documents as appropriate. | | | |

AMB reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing. AMB further reserves the right to use additional exhibits not identified herein for purposes of rebuttal or impeachment. AMB also reserves the right to rely upon and use as evidence: (i) exhibits included on the exhibit list of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned cases.

*[Remainder of page intentionally left blank.]*

Dated: May 10, 2021                                          Respectfully submitted,

                                                         */s/ Ryan E. Manns*
                                                         Ryan E. Manns
State Bar No. 24041391
ryan.manns@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
Emma Persson
State Bar No. 24110219
emma.persson@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932
Telephone:     (214) 855-8000
Facsimile:     (214) 855-8200

Counsel to American Momentum Bank

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service, on the 10th day of May, 2021.

                                                       */s/  Ryan E. Manns*
                                                       Ryan E. Manns