

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 13, 2022**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: § <br> § <br> COPPER RIDGE RESOURCES, LLC, § <br> § <br> Debtor. § <br> § | § § § | Case No. 20-42766-MXM |

### ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT AGREEMENT BY RULE 68 OFFER OF JUDGMENT AND TENDER WITH MARK BURKETT, INCLINE ENGINEERING AND CONSULTING, LLC, HAILITE PROPERTIES, LLC, AND CROSSTEX SERVICES, LLC

On this day, came on for consideration the **Trustee's Motion for Approval of Compromise And Settlement Agreement By Rule 68 Offer of Judgment And Tender** [Docket No. 79] (the "Motion") filed by Marilyn D. Garner (the "Trustee"), Chapter 7 Trustee in the above-captioned bankruptcy case. The Court, having considered the Motion finds that:

1. This Court has subject matter jurisdiction of this matter and that this is a core proceeding;

2. At least 21 days have passed since the date of filing and service of the Motion;

3. No objection, response, or request for a hearing has been timely filed or requested

by any party-in-interest as required by and in accordance with Local Bankruptcy Rules 9007-1 (c) and (g);

4. The Agreement terms described in the Motion is by and between the Trustee, as movant on the one hand, and Mark Alan Burkett, Incline Engineering and Consulting, LLC, Crosstex Services, LLC and Hailite Properties, LLC, as respondents, on the other hand;

5. The foregoing described Agreement (the "Agreement") is fair and equitable and represents the exercise of reasonable business judgment by the Trustee;

6. The legal factors and requirements pertaining to the approval of the Agreement terms have been met;

7. This Court's approval of the Agreement terms is in the best interests of the Estate, the Estate's creditors, and all parties-in-interest;

8. The Motion should be granted and the Agreement terms should be approved. It is therefore

**ORDERED**, that the Motion be and is hereby **GRANTED**; it is further,

**ORDERED**, that the Trustee's Agreement terms with Mark Alan Burkett, Incline Engineering and Consulting, LLC, Crosstex Services, LLC and Hailite Properties, LLC be and is hereby **APPROVED** in all things; it is further,

**ORDERED**, that the parties to the Agreement are hereby authorized and directed to take such actions as are reasonably necessary to consummate the Agreement.

### END OF ORDER ###

Order drafted by:
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, 900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Email: LVargas@chfirm.com
Attorneys for Marilyn D. Garner, Chapter 7 Trustee