# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 20-42766 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Copper Ridge Resources, Llc | | | | Date Filed (f) or Converted (c): | 08/31/2020 (f) |
| | | | | | 341(a) Meeting Date: | 10/14/2020 |
| For Period Ending: | 01/30/2023 | | | | Claims Bar Date: | 10/25/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking, savings, money market, or financial brokerage accounts<br><br>American Momentum Bank f/k/a/ Security Bank - Checking account7281<br>Pursuant to the Agreed Order granting American Momentum Bank's Motion for Entry of an Order for Relief from Automatic Stay (Doc #62) Entered August 10, 2021 | 219,735.00 | 20,000.00 | | 0.00 | FA |
| 2. Checking, savings, money market, or financial brokerage accounts<br><br>American Momentum Bank f/k/a/ Security Bank - Checking account0161 | 173.91 | 173.91 | | 0.00 | FA |
| 3. Checking, savings, money market, or financial brokerage accounts<br><br>First Capital Checking account 4252 | 85.93 | 85.93 | | 0.00 | FA |
| 4. Checking, savings, money market, or financial brokerage accounts<br><br>American Momentum Bank f/k/a/ Security Bank - Checking account2593 | 263.00 | 263.00 | | 0.00 | FA |
| 5. Accounts Receivable<br><br>over 90 days old | 66,594.00 | 66,594.00 | | 429.87 | FA |
| 6. Internet domain names and websites<br><br>copperidgeresources.com | 100.00 | 100.00 | | 0.00 | FA |
| 7. Aztec Well Servicing Co., vs. Copper Ridge Resources, LLC<br><br>Causes of action against third parties (whether or not a lawsuit has been filed)<br>Counterclaim<br>Amount Requested: $1,130,000.00 | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 20-42766 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Copper Ridge Resources, Llc | | | | Date Filed (f) or Converted (c): | 08/31/2020 (f) |
| | | | | | 341(a) Meeting Date: | 10/14/2020 |
| For Period Ending: | 01/30/2023 | | | | Claims Bar Date: | 10/25/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8. Bullseye Drilling Serices vs. Copper Ridge Resources, LLC<br><br>Causes of action against third parties (whether or not a lawsuit has been filed)<br>Counterclaim<br>Amount Requested: $1,000,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 9. Mesa Well Service vs. Copper Ridge Resources, LLC<br><br>Causes of action against third parties (whether or not a lawsuit has been filed)<br>Counterclaim<br>Amount Requested: $720,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 10. MS Directional, LLC vs. Copper Ridge Resources, LLC<br><br>Causes of action against third parties (whether or not a lawsuit has been filed)<br>Counterclaim<br>Amount Requested: $720,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 11. OMI, LP d/b/a Oilfield Materials Management Co. vs. Copper Ridge Resources, LLC<br><br>Causes of action against third parties (whether or not a lawsuit has been filed)<br>Counterclaim | Unknown | 0.00 | | 0.00 | FA |
| 12. RFC Drilling, LLC vs. Copper Ridge Resources, LLC<br><br>Causes of action against third parties (whether or not a lawsuit has been filed)<br>Copper Ridge fired RFC due to insubordination by RFC hands, drinking on job, pumping oil onto the ground, having children on location, OSHA violations, wreaklessness, sleeping on job, damaging pipe, etc.<br>Counterclaim<br>Amount Requested: $968,000.00 | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 20-42766 MXM | Judge: MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Copper Ridge Resources, Llc | | Date Filed (f) or Converted (c): | 08/31/2020 (f) |
| | | | 341(a) Meeting Date: | 10/14/2020 |
| For Period Ending: | 01/30/2023 | | Claims Bar Date: | 10/25/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Wellbore Fishing & Rental vs. Copper Ridge Resources, LLC<br><br>Causes of action against third parties (whether or not a lawsuit has been filed)<br>All windows had to be redrilled due to size and placement. Prices were not agreed to. Invoiced and filled a lien for Butler A well which they never worked on<br>counter claim<br>Amount requested $1,000,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 14. Aztec Well Servicing Co. vs. Copper Ridge Resources, LLC<br><br>Causes of action against third parties (whether or not a lawsuit has been filed)<br>Copper Ridge had disputes regarding certain charges with Aztec's services, including unnecessary down time and damage to the drill string. Aztec tortiously interfered with Copper Ridge's business with an intense defamation campaign causing grave harm to Copper Ridge.<br>Counterclaim<br>Amount requested $1,130,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 15. Wildcat Oil Tools, LLC vs. Copper Ridge Resources, LLC<br><br>Causes of action against third parties (whether or not a lawsuit has been filed)<br>Had 2 whipstock failures, 3rd whipstick set 400' too high, had to redrill 400' of hole. Agreed to adjustments twice, but then reneged on both agreements.<br>Counterclaim<br>Amount requested $1,110,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 16. Adversary Proceeding against Mark Burkett (u)<br><br>Individually and in his capacity as<br>the sole manager of INCLINE ENGINEERING AND CONSULTING LLC; CROSSTEX SERVICES, LLC; and HALITE PROPERTIES, LLC | 69,300.00 | 69,300.00 | | 15,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

| | | | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $356,251.84 | $156,516.84 | $15,429.87   $0.00 |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee disbursed all funds of the Estate pursuant to Trustee's Final Report. Trustee subsequently learned that a creditor mistakenly received a distribution on two separate claims when it was entitled to distribution on one claim. Trustee has filed an objection to the duplicate claim of the creditor. Upon entry of an order sustaining the objection, Trustee will submit an amended Trustee's Final Report to disburse the remaining funds on hand pro rata to all creditors.


Initial Projected Date of Final Report (TFR): 12/31/2021     Current Projected Date of Final Report (TFR): 12/31/2023

Trustee Signature:     /s/ Marilyn D. Garner, Trustee     Date: 01/30/2023

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 505-1499
mgarner@marilyndgarner.net