**MARILYN D. GARNER**
SBOT No. 07675550
2001 East Lamar Blvd., Suite 200
Arlington, Texas 76006
(817) 505-1499 (817) 549-7200 (FAX)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

Copper Ridge Resources, LLC            20-42766-MXM-7

### NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT UNCLAIMED FUNDS

TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:

Transmitted herewith is a check for a deposit into the court's unclaimed funds registry as unclaimed property for the above referenced chapter 7 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement checks have not been negotiated.

    Name: Ready Drill, LLC
    Address: 3800 E. 42nd Street
             Suite 500
             Odessa, TX 79762
    Amount: $17.89

    Name: Platinum Pipe Rentals, LLC
    Address: 3800 E. 42nd Street
             Suite 500
             Odessa, TX 79762
    Amount: $798.40

    Name: Gyrodata Incorporated
    Address: 17171 Park Row, Suite 160
             Houston, TX 77084
    Amount: $81.34

Name:  Professional Mainland Safety
Address:  PO Box 53211
    Lubbock, TX 79453
Amount:  $32.81

Name:  Acquire Oilfield Solutions, LLC
Address:  1316 5th Avenue
    Fort Worth, TX 76104
Amount:  $95.21

Name:  Rig Power, Inc.
Address:  6200 FM 307
    Midland, TX 79706
Amount:  $101.36

Name:  Stealth Oilwell Services, LLC
Address:  PO Box 69063
    Odessa, TX 79769
Amount:  $7.96

Name:  Copper Ridge Resources, LLC
Address:  321 Texan Trail, Suite 225
    Corpus Christi, TX 78411-1874
Amount:  $110.86

Name:  Kuda Kutrite, Inc.
Address:  PO Box 747
    Andrews, TX 79714
Amount:  $7.20

Name:  RWLS, LLC dba Renegade Services
Address:  516 Ave H
    Levelland, TX 79336
Amount:  $68.85

Name: Texas Workforce Commission
Address: 101 E 15th Street
    Room 556
    Austin, TX 78778
Amount: $108.04

Name: 4G Well Service
Address: 4926 North Breanna Street
    Hobbs, NM 88242
Amount: $410.65

    Name:  EBJ Trucking, Inc
    Address: 8008 Slide Road, Suite 30
        Lubbock, TX 79424
    Amount: $132.33

Approximate dollar amount to be deposited into the Unclaimed Funds Registry of the Court, $1,972.90.

    Respectfully submitted,
    **/s/ Marilyn D. Garner**
    Marilyn D. Garner, Trustee
    SBOT No.  07675550
    2001 East Lamar Blvd., Suite 200
    Arlington, Texas 76006
    (817) 505-1499 (817) 549-7200 (FAX)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT UNCLAIMED FUNDS** was forwarded by electronic transmission to the United States Trustee, on this 26th day of April 2023.

    **/s/ Marilyn D. Garner**
    Marilyn D. Garner