Date: 05/18/23　　　　　　　　DIVIDENDS REMITTED TO THE COURT　　　　　　　　Page: 1

Case 20-42766-mxm7　　Doc 108-1　　Filed 05/22/23　　Entered 05/22/23 15:54:09　　Desc
Exhibit Dividends Remitted to the Court　　Page 1 of 6

Check Number 2058 Dated 05/18/23
Case Number 20-42766 - Copper Ridge Resources, Llc

| Creditor | Claim No | Amount Allowed | Amount Paid |
|---|---|---|---|

Date: 05/18/23    DIVIDENDS REMITTED TO THE COURT    Page: 1

Case 20-42766-mxm7  Doc 108-1  Filed 05/22/23  Entered 05/22/23 15:54:09  Desc
Exhibit Dividends Remitted to the Court  Page 2 of 6

| Name / Address | Claim # | Amount | % |
|---|---|---|---|
| **National Fuel And Lubricants, Inc.**<br>R. Louis Bratton<br>The Bratton Firm, P.C.<br>1100 B Guadalupe<br>Austin, Tx 78701-7870 | 1 | 172,791.61 | 4.21 |
| **Stealth Oilwell Services, Llc**<br>PO Box 69063<br>Odessa, TX 79769 | 2 | 4,227.33 | 0.10 |
| **Axl Energy, Inc.**<br>Co Murray A. Crutcher, Iii<br>Atkins, Hollmann, Jones, Peacock, Lewis & Lyon<br>3800 E 42Nd Street, Suite 500<br>Odessa, Tx 79762 | 3 | 1,998.76 | 0.05 |
| **Horizon Mud Co., Inc.**<br>Co Bell Nunnally & Martin Llp<br>2323 Ross Avenue, Suite 1900<br>Dallas, Texas 75201 | 4 | 111,203.62 | 2.71 |
| **Frac Tank Rentals, Llc**<br>550 W. Texas Ave.<br>Suite No.800<br>Stubbeman, Mcrae, Sealy, Laughlin & Browder, Inc.,<br>Midland, Tx 79701-7970 | 5 | 31,660.59 | 0.77 |
| **Transtex Cementing Services, Llc**<br>Attn: Michael T. Morgan<br>400 W. Illinois, Suite 120<br>Midland, Texas 79710 | 6 | 39,555.77 | 0.96 |
| **Rig Power**<br>2924 Greenlee Park Trail<br>Weatherford, Texas 76088 | 9 | 9,201.26 | 0.22 |
| **Ebj Trucking, Inc.**<br>Co Michael Uryasz<br>8008 Slide Road, Suite 30<br>Lubbock, Texas 79424 | 10-2 | 70,307.69 | 1.71 |
| **Rig Power, Inc.**<br>6200 Fm 307<br>Midland, Tx 79706 | 11 | 53,851.62 | 1.31 |
| **Universal Pressure Pumping, Inc.**<br>Co William R. Sudela<br>Crady Jewett Mcculley & Houren Llp<br>2727 Allen Parkway, Suite 1700<br>Houston, Texas 77019-2125 | 12 | 22,578.05 | 0.54 |
| **Acquire Oilfield Solutions, Llc**<br>Co The James Firm, Pllc<br>1316 5Th Avenue<br>Fort Worth, Texas 76104 | 14 | 50,582.52 | 1.23 |
| **B & R Tools & Service, Inc.** | 15 | 18,487.70 | 0.45 |

Date: 05/18/23     DIVIDENDS REMITTED TO THE COURT     Page: 1

Case 20-42766-mxm7   Doc 108-1   Filed 05/22/23   Entered 05/22/23 15:54:09   Desc
Exhibit Dividends Remitted to the Court   Page 3 of 6

| Creditor | Claim # | Amount | % |
|---|---|---|---|
| Co The James Firm, Pllc<br>1316 5Th Avenue<br>Fort Worth, Texas 76104 | | | |
| Longhorn Machine Shop & Automation, Llc<br>Co The James Firm, Pllc<br>1316 5Th Avenue<br>Fort Worth, Texas 76104 | 16 | 14,735.00 | 0.36 |
| Valence Drilling Fluids, Lp<br>Eric Delaney<br>2575 Kelley Pointe Pkwy<br>101 N. Robinson 13Th Floor<br>Edmond, Ok 73013-7310 | 17 | 81,235.43 | 1.98 |
| Taurex Drill Bits, Llc<br>Co Snow & Green Llp Holly C Hamm<br>P.O. Box 549<br>Hockley, Tx 77447 | 20 | 38,643.51 | 0.94 |
| Professional Mainland Safety,<br>Po Box 53211<br>Lubbock, Tx 79453 | 23 | 17,430.39 | 0.42 |
| Rwls, Llc Dba Renegade Services<br>516 Ave H<br>Levelland, Tx 79336 | 25 | 36,582.68 | 0.89 |
| S&S Fishing And Rental Inc<br>Po Box 478<br>Andrews, Tx. 79714<br>, | 26 | 3,344.93 | 0.08 |
| Warrior Technologies<br>400 W. Illinois Ave. Ste 1120<br>Midland, Texas 79701 | 27 | 1,830.61 | 0.04 |
| Dirt Road Outlaws<br>615 Pope Dr.<br>Crane, Texas 79731 | 28 | 1,285.74 | 0.03 |
| Greak Law, P.C.<br>C/O Michael S. Uryasz<br>8008 Slide Road, Suite 30<br>Lubbock, Tx 79424 | 29 | 23,026.67 | 0.56 |
| Capitan Corporation<br>Po Box 60018<br>Midland, Tx 79711 | 30 | 76,069.06 | 1.85 |
| Kuda Kutrite, Inc.<br>P O Box 747<br>Andrews, Tx 79714 | 31 | 3,824.34 | 0.09 |
| Hoppes Construction, Llc<br>P.O. Box 654 | 32 | 181,243.36 | 4.41 |

**Ada, Ok 74820**

| Creditor | # | Amount | % |
|---|---|---|---|
| **Core Tech Wireline Services Llc**<br>3433 N Sam Houston Pkwy W, Ste 400<br>Cypress, TX 77086 | 33 | 42,209.00 | 1.03 |
| **Lone Star Rental**<br>830 E Broadway<br>Andrews, Texas 79717 | 34 | 33,102.85 | 0.80 |
| **Ipfs Corporation**<br>1055 Broadway<br>11Th Floor<br>Kansas City, Mo 64105 | 35 | 1,385.90 | 0.03 |
| **Premium Oilfield Services, Llc**<br>4819 Hwy 90 West<br>New Iberia, La 70560 | 36 | 136,015.59 | 3.31 |
| **Corrosion Ltd.**<br>4321 S County Rd 1290<br>Odessa, Tx 79765 | 39 | 12,907.94 | 0.32 |
| **Vaughn Energy Services, Inc.**<br>C/O Bradley H. Rice, Decker Jones, Pc<br>801 Cherry Street, Unit #46<br>Burnett Plaza, Suite 2000<br>Fort Worth, Tx 76244 | 40 | 143,766.74 | 3.50 |
| **Carr Energy, Llc**<br>Po Box 202<br>Snyder, Texas 79550 | 41 | 53,715.81 | 1.31 |
| **Osborn & Bennett Llp**<br>515 Congress Avenue, Suite 2450<br>Austin, Tx 78701 | 42 | 14,457.75 | 0.35 |
| **Copper Ridge Resources, Llc**<br>Alissa A. Adkins<br>Mcdonald & Adkins, Llp<br>321 Texan Trail, Ste. 225<br>Corpus Christi, Tx 78411-1874 | 43 | 58,902.00 | 1.44 |
| **Gyrodata Incorporated**<br>C/O Dore Rothberg Mckay, P.C.<br>17171 Park Row, Suite 160<br>Houston, Tx 77084 | 45 | 43,214.78 | 1.05 |
| **Klear Bit Technologies, Llc**<br>C/O Dore Rothberg Mckay, P.C.<br>17171 Park Row, Suite 160<br>Houston, Tx 77084 | 47 | 89,043.92 | 2.16 |
| **Stingray Cementing & Acidizing**<br>14201 Caliber Dr., Ste 100 | 49 | 12,715.80 | 0.31 |

Date: 05/18/23                    DIVIDENDS REMITTED TO THE COURT                                      Page: 1

Case 20-42766-mxm7    Doc 108-1    Filed 05/22/23    Entered 05/22/23 15:54:09    Desc
              Exhibit Dividends Remitted to the Court    Page 5 of 6

**Oklahoma City, 73134**

| | | | |
|---|---|---|---|
| **Mustang Construction**<br>1503 Sw Mustang Dr.,<br>Andrews, Texas 79714 | 50 | 24,649.00 | 0.60 |
| **Triple S Trucking Co., Inc.**<br>C/O Chris Ochoa<br>P.O. Box 100<br>Aztec, Nm 87410 | 51 | 92,414.30 | 2.25 |
| **Ready Drill, Llc**<br>3800 E. 42Nd Street<br>Suite 500<br>Odessa, Tx 79762 | 55 | 9,500.00 | 0.22 |
| **Chocks, Inc.**<br>Po Box 907<br>Andrews, Texas 79714 | 56 | 94,658.70 | 2.31 |
| ---------- Remittance Total ---------- | | 1,928,358.32 | 46.90 |

Date: 05/18/23                    DIVIDENDS REMITTED TO THE COURT                    Page: 1

Case 20-42766-mxm7    Doc 108-1    Filed 05/22/23    Entered 05/22/23 15:54:09    Desc
              Exhibit Dividends Remitted to the Court    Page 6 of 6

*Marilyn D. Garner*
_____
Marilyn D. Garner, Trustee